IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ZURICH AMERICAN INSURANCE, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3151 |
| | ) | |
| v. | ) | |
| | ) | |
| KENNETH R. BRO and LINDA R. BRO, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

Defendants' motion to file reply brief out of time, filing 24, is granted. The reply brief, filing 23, is deemed timely filed.

DATED this 14th day of August, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge